IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT MICHAEL KLUM,

       Appellant,

v.

       Case No.  5D22-577
       LT Case No. 18-CF-004711-A-X

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Steven
N. Gosney, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.